UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EDWARD CLIFTON,<br><br>  Petitioner,<br><br>  v.<br><br>SHERIFF BILL BROWN,<br><br>  Respondent. | Case No. CV 18-7287-DOC (KK)<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order Denying <u>Rhines</u> Stay and Summarily Dismissing Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: October 31, 2018

_____
HONORABLE DAVID O. CARTER
United States District Judge